# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Belva L. Menicucci

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

1   Washington

2   5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at
3       the time of injury:
4       Montana

5   6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:
6       Montana

7   7.  District Court and Division in which venue would be proper absent direct filing:
8       United States District Court Court for the District of Montana

9   8.  Defendants (check Defendants against whom Complaint is made):
10      ☑   C.R. Bard Inc.
11      ☑   Bard Peripheral Vascular, Inc.

12  9.  Basis of Jurisdiction:
13      ☑   Diversity of Citizenship
14      ☐   Other: _____
15      a.  Other allegations of jurisdiction and venue not expressed in Master
16          Complaint:
17      _____
18      _____
19      _____

20  10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a
21      claim (Check applicable Inferior Vena Cava Filter(s)):
22      ☑   Recovery® Vena Cava Filter

- [ ] G2® Vena Cava Filter
- [ ] G2® Express (G2®X) Vena Cava Filter
- [ ] Eclipse® Vena Cava Filter
- [ ] Meridian® Vena Cava Filter
- [ ] Denali® Vena Cava Filter
- [ ] Other: _____

11. Date of Implantation as to each product:

   09/19/2005
   _____

12. Counts in the Master Complaint brought by Plaintiff(s):

- [x] Count I:     Strict Products Liability – Manufacturing Defect
- [x] Count II:    Strict Products Liability – Information Defect (Failure to Warn)
- [x] Count III:   Strict Products Liability – Design Defect
- [x] Count IV:    Negligence - Design
- [x] Count V:     Negligence - Manufacture
- [x] Count VI:    Negligence – Failure to Recall/Retrofit
- [x] Count VII:   Negligence – Failure to Warn
- [x] Count VIII:  Negligent Misrepresentation
- [x] Count IX:    Negligence *Per Se*
- [x] Count X:     Breach of Express Warranty
- [x] Count XI:    Breach of Implied Warranty

☑ Count XII: Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable __Montana__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this  10   day of  January  , 2019.

**SCHNEIDER HAMMERS, LLC**

By: /s/ Robert M. Hammers, Jr.
    Robert M. Hammers, Jr.

5555 Glenridge Connector, Suite 975
Atlanta, Georgia 30342
(770)394-0047

I hereby certify that on this  10   day of  January  , 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Robert M. Hammers, Jr.

5220248v1/26997-0001

-5-