IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BELVA L. MENICUCCI, | CV 1:21-cv-00023-SPW-TJC |
| Plaintiff, | ORDER |
| v. | |
| CR BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED., | |
| Defendants. | |

Upon the Joint Stipulation of Dismissal Without Prejudice (Doc. 28) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED without prejudice**, with each party to bear their own costs and attorneys' fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 11th day of May, 2021.

_____
SUSAN P. WATTERS
United States District Judge